IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:13-MJ-356- KJN |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| JUHUN MERREL BROWN, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 21 USC § 841 – Distribution of Methamphetamine

Douglas Beevers is hereby appointed effective November 26, 2013.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: November 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL            1